IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHARLES WILSON,              )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )         2:07cv560-MHT
                             )
STATE OF ALABAMA, et al.,    )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 6) is granted.

DONE, this the 10th day of July, 2007.

　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE