IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES WILSON,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **07 cv 560-MHT** |
| ) | |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## CONFLICT DISCLOSURE STATEMENT

Defendants State of Alabama, Governor Fob James, and State Personnel Department, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant State of Alabama is a governmental entity;

2. Defendant Governor Fob James is an individual;

3. Defendant State Personnel Department is a governmental entity.

Respectfully submitted, this 13th day of July, 2007.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Alice Ann Byrne
　　　　　　　　　　　　　　　　　　　　　　Alice Ann Byrne, Esq. (BYR 015)
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　　State of Alabama, Governor Fob James,
　　　　　　　　　　　　　　　　　　　　　　and State Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
    Russell W. Adams, Esq.
    Rocco Calamusa, Jr., Esq.
    WIGGINS CHILDS QUINN & PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL  35203-3204

For Defendants Department of Human Resources and Tony Petelos, Commissioner:
    Warren B. Lightfoot, Jr., Esq.
    John B. Holmes, III, Esq.
    Abigail H. Avery, Esq.
    MAYNARD COOPER & GALE, PC
    1901 Sixth Avenue North
    2400 AmSouth/Harbert Plaza
    Birmingham, AL  35203-2618

    Sharon F. Ficquette, Esq.
    DEPT. OF HUMAN RESOURCES
    Legal Office
    P. O. Box 304000
    Montgomery, AL  36130-4000

                                                /s/  Alice Ann Byrne
                                               Of Counsel