IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Charles Wilson, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-cv-560-MHT
)
State of Alabama, et al., )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Charles Wilson, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                             Relationship to Party
_____          _____
_____          _____
_____          _____

7/16/2007                                      /s/ Russell W. Adams
Date                                               (Signature)

                                                     Russell W. Adams
                                                     (Counsel's Name)

                                                     Charles Wilson
                                                     Counsel for (print names of all parties)
                                                     Wiggins, Childs, Quinn & Pantazis, LLC
                                                     301 19th Street North
                                                     Address, City, State Zip Code
                                                     205-314-0500
                                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _Russell W. Adams, Counsel for Plaintiff_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _notification via the CM/ECF system_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _16th_ day of _July_____ 20_07_, to:

Warren B. Lightfoot, Jr., Esq., John B. Holmes, III, Esq., Abigail H. Avery, Esq., Maynard Cooper & Gayle, PC,

1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, AL 35203

Sharon F. Ficquette, Esq., Legal Office, P.O. Box 304000, Montgomery, AL 36130

Alice Ann Byrne, Esq., Folsom Administrative Building, 64 N. Union St., Ste. 316, Montgomery, AL 36130

M. Jefferson Starling, III, Esq., Aaron L. Dettling, Esq., Balch & Bingham, 1710 Sixth Avenue North,

Birmingham, AL 35203

| 7/16/2007 | /s/ Russell W. Adams |
|---|---|
| Date | Signature |