IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES WILSON,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| v. | ) | **07 cv 560-MHT** |
| | ) | |
| **STATE OF ALABAMA,** *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

**AMENDED**
**CONFLICT DISCLOSURE STATEMENT**

Defendants State Personnel Department and Jackie Graham, in her official capacity as Director of State Personnel Department, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant State Personnel Department is a governmental entity; and

2. Defendant Jackie Graham is an individual.

Respectfully submitted, this 8th day of August, 2007.

                                         /s/ Alice Ann Byrne
                                         Alice Ann Byrne, Esq. (BYR 015)
                                         Attorney for Defendants
                                         State Personnel Department and
                                         Jackie Graham, Director of State
                                         Personnel Department

S<small>TATE</small> P<small>ERSONNEL</small> D<small>EPARTMENT</small>
L<small>EGAL</small> D<small>IVISION</small>
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

I hereby certify that on the 8th day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
   Russell W. Adams, Esq.
   Rocco Calamusa, Jr., Esq.
   W<small>IGGINS</small> C<small>HILDS</small> Q<small>UINN</small> & P<small>ANTAZIS</small>, P.C.
   The Kress Building
   301 19th Street North
   Birmingham, AL  35203-3204

For Defendants Department of Human Resources
and Dr. Page Walley, Commissioner:
   Warren B. Lightfoot, Jr., Esq.
   John B. Holmes, III, Esq.
   Abigail H. Avery, Esq.
   M<small>AYNARD</small> C<small>OOPER</small> & G<small>ALE</small>, PC
   1901 Sixth Avenue North
   2400 AmSouth/Harbert Plaza
   Birmingham, AL  35203-2618

   Sharon E. Ficquette, Esq.
   D<small>EPT. OF</small> H<small>UMAN</small> R<small>ESOURCES</small>
   Legal Office
   P. O. Box 304000
   Montgomery, AL  36130-4000

                                                         /s/  Alice Ann Byrne
                                                        Of Counsel