IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARLES WILSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALABAMA DEPARTMENT OF )<br>HUMAN RESOURCES, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:07cv560-MHT |

ORDER

In light of the amended complaint (Doc. No. 20), it is ORDERED as follows:

(1) The motion to dismiss and alternative motion for more definite statement (Doc. No. 17) are denied.

(2) The defendants are allowed until November 2, 2007, to respond to the amended complaint in this case.

DONE, this the 19th day of October, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE