## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES WILSON,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **2:07-CV-560-MHT** |
| | ) | |
| **DEPARTMENT OF** | ) | |
| **HUMAN RESOURCES, et al.,** | ) | |
| | ) | |
| *Defendants*. | ) | |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

COMES NOW Theodore P. Bell, of Maynard, Cooper & Gale, P.C., and files this Notice of Appearance and Substitution of Counsel on behalf of Defendants, Department of Human Resources and Dr. Page Walley, and respectfully requests that he be substituted as counsel of record in the place of Abigail H. Avery of the firm.

Respectfully submitted,

/s/ Theodore P. Bell
Warren B. Lightfoot, Jr.
John B. Holmes, III
Abigail H. Avery
Attorneys for the Defendants
Department of Human Resources and
Dr. Page Walley, Commissioner

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-4604
Telephone:   (205) 254-1000
Facsimile:    (205) 254-1999
Email: wlightfoot@maynardcooper.com
            jholmes@maynardcooper.com
            tbell@maynardcooper.com

Sharon E. Ficquette
DEPARTMENT OF HUMAN RESOURCES
Legal Office
P.O. Box 304000
Montgomery, Alabama 36130-4000
Telephone:  (334) 242-9330

Attorney for Defendants:
Alice Ann Byrne, Esq.
State Personnel Department,
Jackie Graham, Director of State Personnel Board
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 3rd   day of December, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Attorney for Plaintiff:
Russell W. Adams, Esq.
Rocco Calamusa, Jr., Esq.
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204

/s/ Theodore P. Bell
Of Counsel