IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARLES WILSON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv560-MHT |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| HUMAN RESOURCES, et al., ) | |
| ) | |
|    Defendants. ) | |

## ORDER

It is ORDERED that the notice of appearance and substitution of counsel (Doc. No. 23) is treated as a motion to substitute and said motion is granted.

DONE, this the 4th day of December, 2007.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE