IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES T. WILSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION No:2:07cv560-MHT |
| | ) |
| **STATE OF ALABAMA PERSONNEL** | ) DEMAND FOR JURY TRIAL |
| **DEPARTMENT and its Director,** | ) |
| **Jackie Graham; STATE OF ALABAMA** | ) |
| **DEPARTMENT OF HUMAN SERVICES** | ) |
| **and its Commissioner, Page B. Walley**, | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, Richard J. Ebbinghouse, and files his Notice of Appearance, as additional counsel of record for plaintiff, Charles T. Wilson.

 Respectfully submitted,

 /s/ Richard J. Ebbinghouse
 Richard J. Ebbinghouse
 Counsel for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.

                                              /s/ Richard J. Ebbinghouse  
                                              Richard J. Ebbinghouse  
                                              Of Counsel