IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CHARLES WILSON,                    )
                                   )
     Plaintiff,                    )
                                   )        CIVIL ACTION NO.
     v.                            )         2:07cv560-MHT
                                   )            (WO)
ALABAMA DEPARTMENT OF              )
HUMAN RESOURCES, et al.,           )
                                   )
     Defendants.                   )

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court as follows:

(1) The motions for summary judgment submitted by defendants Alabama Department of Human Resources and Nancy Buckner (doc. no. 40) and defendants Alabama Personnel Department and Jackie Graham (doc. no. 43) are granted.

(2) Judgment is entered in favor of defendants Alabama Department of Human Resources, Nancy Buckner, Alabama Personnel Department, and Jackie Graham, and

against plaintiff Charles Wilson, with plaintiff Wilson taking nothing as to these claims.

It is further ORDERED that costs are taxed against plaintiff Wilson, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of March, 2010.


　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE